IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| LORI SAVAGE,<br><br>    Plaintiff,<br><br>    v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA and PIXELLE SPECIALTY SOLUTIONS LLC,<br><br>    Defendants. | Case No. 1:21-CV-00104-GZS |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Pixelle Specialty Solutions, LLC ("Defendant" or "Pixelle"), makes the following disclosure:

1. Pixelle is a non-governmental corporate party.

2. Pixelle is wholly owned by Lindsay Goldberg, which is the only entity that owns ten percent or more stock in Pixelle.

Dated: May 24, 2021

By their attorneys,

/s/ Kyle N. Kirby
Byrne J. Decker, Bar No. 8312
Kyle N. Kirby, Bar No. 4774
OGLETREE, DEAKINS, NASH,
  SMOAK & STEWART, P.C.
Two Monument Square, Suite 703
Portland, ME 04101
Telephone:  207-387-2957
Fax: 207-387-2986
b.decker@ogletree.com
kyle.kirby@ogletree.com

*Attorneys for Defendant*
*Pixelle Specialty Solutions, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 24, 2021, I electronically filed the within document using the CM/ECF system which will send notification of such filing(s) to the following:

Tamra J. Wallace, Esq.
LAMBERT COFFIN
Two Monument Square, Suite 400
Portland, ME 04101


Dated: May 24, 2021

                                         /s/ Kyle N. Kirby
                                         Kyle N. Kirby