IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| LORI SAVAGE,<br><br>  Plaintiff,<br><br>  v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA and PIXELLE SPECIALTY SOLUTIONS LLC,<br><br>  Defendants. | Case No. 1:21-CV-00104-GZS |

## NOTICE OF SETTLEMENT

NOW COME the parties Plaintiff Lori Savage and Defendants Life Insurance Company of North America and Pixelle Specialty Solutions LLC, by and through counsel, and hereby notify the Court that a settlement has been reached as to all claims pending in this action and the parties intend to file a stipulation of dismissal within thirty (30) days of this Notice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: July 14, 2021

| | |
|---|---|
| By: */s/ Tamra J. Wallace*<br>Tamra J. Wallace, Esq.<br>LAMBERT COFFIN<br>Two Monument Square, Suite 400<br>Portland, ME 04101<br>207-874-4000<br>twallace@lambertcoffin.com<br><br>*Attorney for Plaintiff* | /s/ Kyle N. Kirby<br>Byrne J. Decker, Bar No. 8312<br>Kyle N. Kirby, Bar No. 4774<br>OGLETREE, DEAKINS, NASH,<br> SMOAK & STEWART, P.C.<br>Two Monument Square, Suite 703<br>Portland, ME 04101<br>Telephone:  207-387-2957<br>Fax: 207-387-2986<br>b.decker@ogletree.com<br>kyle.kirby@ogletree.com<br><br>*Attorneys for Defendants* |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 14, 2021, I electronically filed the within document using the CM/ECF system which will send notification of such filing(s) to the following:

Tamra J. Wallace, Esq.
LAMBERT COFFIN
Two Monument Square, Suite 400
Portland, ME 04101


Dated: July 14, 2021

                                              /s/ Kyle N. Kirby
                                              Kyle N. Kirby